# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-276-952**
**Effective Date of Registration:**
November 26, 2021
**Registration Decision Date:**
November 29, 2021

## Title
    **Title of Work:** RAW WAR

## Completion/Publication
    **Year of Completion:** 2018
    **Date of 1st Publication:** September 14, 2018
    **Nation of 1st Publication:** United States

## Author
-     **Author:** James Concannon
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** James Concannon
    123 West Avenue, Darien, CT, 06820

## Certification
    **Name:** John N. Jennison
    **Date:** November 26, 2021

    **Correspondence:** Yes
    **Copyright Office notes:** Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.