# Exhibit 2
*filed manually with the Court*