# Exhibit 3

J a
y a r
a m

Lawyers for Innovators

November 12, 2021

**V**IA **E**-MAIL **& F**ED**E**X
R. Scott Slifka
General Counsel, Americas
LEGO Group
555 Taylor Road
Enfield, CT 06082
scott.slifka@LEGO.com

*Re: Cease and Desist Infringement of James Concannon's Work*

Dear Mr. Slifka:

We represent the artist James Concannon. It has come to our attention that LEGO's "Queer Eye – The Fab 5 Loft" set includes elements that directly infringe Mr. Concannon's original artwork and designs, which have been exploited without paying Mr. Concannon a reasonable licensing fee or even asking for his permission. Indeed, despite claiming to support creators, LEGO has shamelessly copied Mr. Concannon's original creation—which first appeared in Season 4, Episode 1 of Netflix's *Queer Eye* television series—without even giving him credit as the artist. Images of Mr. Concannon's original artwork and the Infringing Product are depicted in Exhibit A, attached hereto.

It is indisputable that LEGO based its Infringing Product on Mr. Concannon's original artwork and designs. Indeed, the company has repeatedly admitted as much throughout its marketing and promotion of the Fab 5 set, which includes the Infringing Product. *See, e.g.*, https://www.youtube.com/watch?v=RDGxA14iA7c at 4:28 ("Antoni has a really iconic leather jacket that we redid in LEGO version").

The "really iconic leather jacket" that LEGO's Senior Graphic Designer references in the aforementioned YouTube clip—which was posted on LEGO's official YouTube account and has already been viewed nearly 60,000 times—is Mr. Concannon's original creation. He created it as a gift for his friend, Antoni Porowski, and retains all copyrights and intellectual property in the jacket's unique "combinations, positionings, and arrangements of elements," which include "two- or three-dimensional element[s]" and "decorations" with "pictorial, graphic, or sculptural qualities" that "can be identified separately from" and "exist independently of" the utilitarian aspects of the jacket. *Star Athletica, L.L.C. v.*

1

125 S Clark St, Suite 1175
Chicago, IL 60603

Vivek Jayaram
312-212-8676 •vivek@jayaramlaw.com
jayaramlaw.com

142 W 57th St, 11th Floor
New York, NY 10019

*Varsity Brands, Inc.*, 137 S. Ct. 1002, 1007–12 (2017).  Indeed, Mr. Porowski had a plain black leather jacket sent to Mr. Concannon specifically so that Mr. Concannon could add these original, creative, and protectable elements to the jacket because Mr. Porowski was a fan of Mr. Concannon's work.

LEGO's copying of Mr. Concannon's work is a violation of the Copyright Act, 17 U.S.C. § 501 *et seq.*, which gives Mr. Concannon the exclusive right to reproduce and display the artwork and designs embodied in Mr. Porowski's "iconic" jacket, as well as the exclusive right to create derivative versions of these artworks and designs, particularly in the unique combinations, positionings, and arrangements in which they appear on the jacket.  You are hereby put on notice that Mr. Concannon is extremely concerned about LEGO's conduct and would like to resolve this matter as soon as possible.  Mr. Concannon is also placing LEGO on notice that its infringement has caused irreparable harm and damage.

For these reasons, our client demands that LEGO: (1) cease and desist the sale of the Infringing Product; (2) confirm, in writing, that LEGO will undertake all necessary efforts to cease and desist infringing upon Concannon's design within three calendar days of receipt of this letter; and (3) provide us with an affidavit, made under oath pursuant to 28 U.S.C. § 1746, declaring that LEGO has ceased and desisted from reproducing, displaying, marketing, and selling the Infringing Work, or otherwise exploiting Mr. Concannon's original work in any manner.  Then, after complying with our cease-and-desist demands, we request that you contact me to discuss an amicable resolution of this matter.

If we are not contacted regarding this letter and/or do not receive the requested written representations within three days, as well as the declaration that you have ceased and desisted using our client's artwork and designs, we will file suit for copyright infringement against LEGO in Federal Court without any further notice, and will obtain an order enjoining further infringing activity and seeking the maximum allowable damages under the law.

Please consider this letter to be Mr. Concannon's formal notice of LEGO's current and ongoing obligation to preserve all documents, information, and materials—including emails, text messages, Internet posts, etc.—that may be relevant to the issues and claims discussed above.  Should LEGO fail to take appropriate steps to preserve this information, Mr. Concannon will seek all appropriate sanctions in the event that litigation is necessary to resolve these matters.

All rights reserved.  All communications regarding this matter must be directed to the undersigned.

Sincerely,

*/s/ Vivek Jayaram*

Vivek Jayaram

Vivek Jayaram
312-212-8676 •vivek@jayaramlaw.com
jayaramlaw.com

125 S Clark St, Suite 1175
Chicago, IL 60603

142 W 57th St, 11th Floor
New York, NY 10019

# EXHIBIT A

### *Concannon's Work*



### *Infringing Product*





Vivek Jayaram
125 S Clark St, Suite 1175    312-212-8676 •vivek@jayaramlaw.com    142 W 57th St, 11th Floor
Chicago, IL 60603                           jayaramlaw.com                      New York, NY 10019