# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-276-952**

**Effective Date of Registration:**
November 26, 2021

**Registration Decision Date:**
November 29, 2021

## Title

    **Title of Work:** RAW WAR

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** September 14, 2018
    **Nation of 1st Publication:** United States

## Author

-     **Author:** James Concannon
      **Author Created:** 2-D artwork
      **Work made for hire:** No
      **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** James Concannon
    123 West Avenue, Darien, CT, 06820

## Certification

    **Name:** John N. Jennison
    **Date:** November 26, 2021

    **Correspondence:** Yes
    **Copyright Office notes:** Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Regarding basis for registration: Registration is based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.