# EXHIBIT B





**CATEGORIES**

Animals Shirt
Birthday Shirt
Fishing Shirt
Sport Shirt

**POPULAR BRANDS**

Shop All
Clothing
View All

HOME / CLOTHING-JAMES-DEAN-SPEED-QUEEN-T-SHIRT-SETS



SHOP ALL
## Clothing James-Dean-Speed-Queen-T-Shirt 6875

☆☆☆☆☆ (No reviews yet)    Write a Review

Any orders placed after **December 11th** may not arrive before Christmas .

**PRODUCT COLOR AND SIZING GUIDE**

**$22.95**

**COLOR:** REQUIRED

**FIT TYPE:** REQUIRED

- Unisex Short Sleeve T-shirt
- Ladies Short Sleeve T-shirt
- Men V-neck
- Ladies V-neck
- Unisex Tank Top
- Unisex Long Sleeve T-shirt
- Unisex Crewneck Sweatshirt
- Unisex Hooded Sweatshirt

**SIZE:** REQUIRED

- Adult S
- Adult M
- Adult L
- Adult XL
- Adult 2XL
- Adult 3XL
- Youth S
- Youth M
- Youth L
- Youth XL

Shipping: We offer a lot of fast shipping methods to deliver your packages. Calculated at Checkout

**$22.95**

**QUANTITY:**

1

ADD TO CART

ADD TO WISH LIST

FREQUENTLY BOUGHT TOGETHER:



SELECT ALL

CHOOSE OPTIONS

| | |
|---|---|
| Clothing James Dean Speed Queen Hoodie 8897 | $22.95 |
| CHOOSE OPTIONS | |
| Clothing James Dean Speed Queen T-Shirt 2251 | $22.95 |
| CHOOSE OPTIONS | |
| Clothing James Dean Speed Queen T-Shirt 2712 | $22.95 |
| CHOOSE OPTIONS | |
| Clothing James Dean Speed Queen T-Shirt 5024 | $22.95 |
| CHOOSE OPTIONS | |

## DESCRIPTION

---

Related Products    Customers Also Viewed

  

| | | | |
|---|---|---|---|
| Clothing James Dean Speed Queen Hoodie 8897 | Clothing James Dean Speed Queen T-Shirt 2251 | Clothing James Dean Speed Queen T-Shirt 2712 | Clothing James Dean Speed Queen T-Shirt 5024 |
| Shop All | Shop All | Shop All | Shop All |
| $22.95 | $22.95 | $22.95 | $22.95 |

SUBSCRIBE TO OUR NEWSLETTER

Get the latest updates on new products and upcoming sales

Your email address    SUBSCRIBE



**PAGES**
Home
Delivery
About Antler Marts
Contact Us

**POLICY**
Payment menthod
Returns & Refunds
Privacy Policy
Term of Service
Frequently Asked Questions

**CATEGORIES**
Animals Shirt
Birthday Shirt
Fishing Shirt
Sport Shirt

Home Office : 6037 S Marshfield Ave, Chicago, IL 60636, USA.

Warehouse Printify Supplier : 108 W 13th St, Wilmington, DE 19801, United States

Email : antlermarts@gmail.com

Support Time : 7 AM - 12 PM ( All Day On Week )