EXHIBIT C



**Sale!**

### Drink iggy pop 25 shirt

⭐⭐⭐⭐⭐

$24.99 **$22.99**

- 1 +   ADD TO CART

Category: Celebrity Shirts

Tags: Christmas sweater, Halloween T-shirts, Shop trending T-shirt

🔗 Share: f  🐦  g+  t  in

DESCRIPTION    BRAND    REVIEWS (0)

They don't have any concept of it. For that matter **Drink iggy pop 25 shirt**, they have no conception of accidental or intentional accidentally stepping on the beast's paw versus deliberately and viciously kicking it in the ribs is all the same to them. What conceived me that dogs understand the concept of an apology is watching them rough-house. We've often had two dogs at once, and Sams can get pretty rough when they're they're playing. There'd be a sniff and a low tail wag, then the two would sniff noses, and they'd both do a high tail wag, and off they'd go again. I've also been bowled over one of our dogs while playing, and the dog would come over and do exactly the same thing. It seems reasonable to me that social animals who enjoy rough play would have some mechanism for offering and accepting something like an apology.

### Drink iggy pop 25 shirt, hoodie, sweater and v-neck t-shirt







### Best Drink iggy pop 25 shirt

If we stepped on his paw or accidentally kicked him on the wrong side of a door **Drink iggy pop 25 shirt**, or some other unintentional slight, he would do this little dance wiggling, wagging, some vocalization very energetic and very cute. Since it happened only in the context of when an apology was due to him, we interpreted it as an apology dance. Diva, however, Panuta did it when he was offering an apology. He had jumped off a piece of furniture and accidentally landed on top of his brother. Leander, who was napping, unseen by him, on the floor right underneath him. Leander let out a loud yelp and Panuta went into his apology dance. So, it appears that he would do this dance whenever an apology was due to him, as well as when he owed an apology himself. I've had lots of dogs in my life, but this is the first one who did anything remotely like that.

| SITE FEATURES | STORE IMFORMATION | HELP & INFORMATION | TERM & INFORMATIONS |
| --- | --- | --- | --- |
| - Printed in the USA | T-shirt AT Fashion Store | About Us | Our Guarantees |
| - 100% Satisfaction guarantee | | DCMA | Size Guide |
| - Quality you can trust | ✉ support@t-shirtat.com | Contact | Shipping Policies |
| - Fastest shipping | 📞 +1 (202) 803 5456 | FAQ | Privacy Statement |
| | 📍 13923 SE Sunner St, Portland, 97233, Oregon United States | | Privacy Statement |
| | | | REFUND POLICY |

Copyright 2021 © T-Shirt AT Fashion Store | AMERICAS SHIRT - Premium Fashion T-Shirts, Hoodies

VISA  PayPal  💳  💳