# EXHIBIT D



All ▾ | Search... | 🔍 | **LOGIN** | **CART / $0.00** 🛒

HOMEPAGE | T-SHIRTS ▾ | TANK TOPS | SWEATSHIRTS | HOODIES | MUGS | PILLOW COVER | CASES & COVERS ▾ | WISHLIST

 

HOME / CLOTHING / T-SHIRTS

### Nothing Irrational About My Love For The National T-Shirt

$13.50 – $20.25

Welcome to digitalprintcustom.com best online store in the USA. This t-shirt is Made To Order, one by one printed so we can control the quality. Hype T-Shirt, Shirt Ideas, Graphic T-Shirt Costumes, Ideas T-Shirt, Tank Top, Sweatshirt And Hoodie

CLEAR

**T Shirt Size** — 2XL Adult Mens ▾

**Color Shirts** — Choose an option ▾

**Color Image Print** — Choose an option ▾

− 1 + | **ADD TO CART**

♡ Add to Wishlist

f ⌄ 𝕏 p K in t

DESCRIPTION     ADDITIONAL INFORMATION

#### Product Description

## Nothing Irrational About My Love For The National T-Shirt Men's And Women's

Welcome to digitalprintcustom.com, the best online store in the USA. This t-shirt is Made by Order, one by one printed so we can control the quality. We use the latest DTG Technology to print on to **Nothing Irrational About My Love For The National T-Shirt.**

Pre-Shrunk 100% cotton, fully machine washable.
*Washing Instructions:*

- When washing your item, please turn the shirt inside out and wash on a COLD cycle.
- Do not use bleach or any fabric softener to help the overall life of your shirt.

#### SIZE CHART

PLEASE READ CAREFULLY THE SIZE CHARTS BELOW. IT'S REFER TO UNISEX SIZE CHARTS

Available size:
S, M, L, XL, 2XL

#### LADIES USA SIZING CHART

- Small = 25.5? body length x 17¾" chest
- Medium = 26.5? body length x 19 ¼" chest
- Large = 27.5? body length x 21 ¼" chest
- XL = 28.5? body length x 23 ¼" chest
- 2XL = 29.5? body length x 25 ¼" chest

#### MEN'S USA SIZING CHART

- Small = 28? body length x 18? chest
- Medium = 29? body length x 20? chest
- Large = 30? body length x 22? chest
- XL = 31? body length x 24? chest
- 2XL = 32? body length x 26? chest
- Note : Width = armpit to armpit

Direct to garment printing (also known as DTG printing, digital direct to garment printing, digital apparel printing, and inkjet to garment printing) is a process of printing on textiles and garments using specialized or modified inkjet technology.
The two most important key for DTG printing is the transport mechanism for the garment and specialty inks (inkjet textile inks) that are applied to the textile directly and are absorbed by the fibers.

#### PAYMENT METHOD

We accept payment by PayPal & Credit/Debit Card via Paypal express checkout.
PayPal is a safe, fast and easy online payment.

Nothing Irrational About My Love For The National T-Shirt

Most direct to garment printers are descendants of the desktop inkjet printer. Therefore, many DTG printers, such as the Spectra DTG, Anajet Sprint, and the BelQuette Mod1 utilize some parts from preexisting printers.
Some companies, such as Briquette, DTG Digital, AnaJet, Oprintjet, Brother, MAPI Digital, Kornit and Mimaki have printers that use similar technology.
But, they are manufactured without the exact parts from any other brand machine.

PLEASE CHECK OUR SHOP FOR MORE UP TO DATE FASHION SHIRTS & T-SHIRTS!

## Nothing Irrational About My Love For The National T-Shirt? Please feel free to contact us and visit us for other product thank you for visiting!

#### RELATED PRODUCTS



| T-SHIRTS | ADULT | ADULT | ADULT |
| --- | --- | --- | --- |
| Product of Public Schools T-Shirt | 99 Percent Unicorn Unisex Adult T Shirt | One Direction Wanna Be Forever Young Quote Unisex T Shirt Available Size S.XXL | Stormtrooper Star Wars Galactic Empire Unisex T Shirts |
| $13.50 – $20.25 | $18.25 – $21.25 | $18.25 – $21.25 | $18.25 – $21.25 |

About us
Blog
Contact us
Frequently Asked Questions
Track your order
COPYRIGHT / DMCA

FOLLOW US :
f ⓘ 🐦

All ▾ | Search... | 🔍

