# EXHIBIT E



HOME / T-SHIRTS

## Nothing Irrational About My Love For The National T-Shirt For Unisex

**$14.50 – $19.00**

Please choose your favorite shirt color and size
Payment method "Paypal express checkout"
Happy shopping !!!

| | |
|---|---|
| Size T-Shirt | Choose an option ▾ |
| Color T-Shirt | Choose an option ▾ |
| Model | Choose an option ▾ |
| Color Image Print | Choose an option ▾ |

‹ 1 ›    ADD TO CART

f ✉ 🐦 💬 📌 ✉

---

**DESCRIPTION**    ADDITIONAL INFORMATION    REVIEWS (0)    SIZE CHART

## Nothing Irrational About My Love For The National T-Shirt For Sale for Women's And Man's

Get your trendy t-shirt now at MarketShirt! We produce a high-quality and great design of **Nothing Irrational About My Love For The National T-Shirt for Women's And Man's for any size (S, M, L, XL, 2XL, 3XL)** with the best price. This stylish t-shirt is made from material premium quality cotton for a great quality soft feel and comfortable retail fit. Our soft textile flex print gives a really high-end finish to any striking design. Stay fantastic with this high-quality print that will not crack of fade and easy to wear. This t-shirt really suits you who wants to stay cool in many ways.

### PRODUCT FEATURES

Nothing Irrational About My Love For The National T-shirt for Women's And Man's Size S, M, L, XL, 2XL, 3XL 100% combed ring-spun cotton UNISEX T-shirt.
Fabric laundered for reduced shrinkage.
Tear-away label.

### SIZE AND CARE INSTRUCTIONS

**WOMEN'S USA SIZE CHART**
Small = 25.5" body length x 17½" chest.
Medium = 26.5" body length x 19 ½" chest.
Large = 27.5" body length x 21 ½" chest.
XL = 28.5" body length x 23 ½" chest.
2XL = 29.5" body length x 25 ½" chest.

**MEN'S USA SIZE CHART**
Small = 28" body length x 18" chest.
Medium = 29" body length x 20" chest.
Large = 30" body length x 22" chest.
XL = 31" body length x 24" chest.
2XL = 32" body length x 26" chest.
Machine wash cold and tumble dry low. Do not bleach.

### T-SHIRT MODEL

Size Men: Men shirt model.
Size Women: Women shirt model.
If you want the unisex shirt just select size men.

### PAYMENT METHOD

We accept payment by PayPal & Credit/Debit Card via **Paypal** express checkout.
PayPal is a safe, fast, and easy online payment.

### SHIPPING AND PROCESSING INFORMATION

Domestic and International Shipping.

### HANDLING TIME

All orders will be processed only on working days (MONDAY – FRIDAY).
The package will be processed and sent out within 1-3 business days after we receive the payment.
All products are made by order, NOT ready stock.
Estimated handling time: 3-5 days.
Any international customs charges or charges by postal services are the responsibility of the customer.

### REFUNDS AND EXCHANGES

We accept returns within 6 days after you receive your purchase.
We only accept returns for the purchase in original condition.
We're not responsible for the shipping and customs fees (for international shipping).

### ESTIMATED DELIVERY

– 10-15 days for the USA's delivery. ( EXCLUDE HANDLING TIME )
– 20-30 days for worldwide's delivery. ( EXCLUDE HANDLING TIME )

Overnight EXP

Nothing Irrational About My Love For The National T-Shirt for Women's And Man's Size S, M, L, XL,2XL,3XL And **For other products, clicks here**

---

### RELATED PRODUCTS

| | | | |
|---|---|---|---|
| T-SHIRTS | T-SHIRTS | T-SHIRTS | T-SHIRTS |
| Bud Light Dilly Dilly T-Shirt | Coma Funny Logo Parody T-Shirt | Fortnite 4 Life T-Shirt | Handsome Squidward Dancing T-Shirt |
| $14.50 – $19.00 | ★★★★★ | $14.50 – $19.00 | $14.50 – $19.00 |
| | $14.50 – $19.00 | | |

---

| LATEST | BEST SELLING | TOP RATED |
|---|---|---|
| Waystar Royco Parody Hoodie | Rick and Morty Pussy Pounders T-shirt | Star Wars The Force Awakens Logo Shirt |
| $31.75 – $38.50 | $14.50 – $20.00 | ★★★★★ |
| | | $14.50 – $19.00 |
| Waystar Royco Parody Sweatshirt | Taste Testers Get Did You Get The Sensation Today Ringer T-Shirt | The Walking Dad T-shirt |
| $27.49 – $34.49 | $14.50 – $21.00 | ★★★★★ |
| | | $14.50 – $19.00 |
| Waystar Royco Parody T-Shirt | Jimin Nomad Be a Good Human T-Shirt Front and Back | Sonic I'm Not A Player I'm A Gamer T-Shirt |
| $14.50 – $20.00 | $17.00 – $22.00 | ★★★★★ |
| | | $14.50 – $19.00 |

---

**ABOUT US**

MarketShirt shows you premium quality fashion. From above to top, we offer you the latest trends of style in the world. MarketShirt becomes trusted t-shirts online shop since we already produce it many times in several designs for many years.

**HOLIDAY CHRISTMAS SEASON**

Ordering until December 14, arrive in time for before Christmas

It will need 7-10 days to deliver to your USA address, and 15-25 days for address outside USA area, using USPS with Tracking Number.

**SIGNUP FOR NEWSLETTER**

Enter your email to get the latest promo info from us

Your Email (required)

SIGN UP