# EXHIBIT F



TEENAMYCS.COM

PRODUCTS ▾    MY ACCOUNT    CHECKOUT    CART

LOGIN    CART / $0.00

Sale!

HOME / T SHIRT

## James Dean Speed Queen T-Shirt

$11.50 – $21.50

| Size | Choose an option |
| Color | Choose an option |

− 1 +    ADD TO CART

SKU: N/A

Category: T Shirt

Tags: James Dean Speed Queen T-Shirt, shirt, t shirt, t-shirts, tshirt

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (0)

Buy James Dean Speed Queen T-Shirt
This t-shirt is Made To Order, one by one printed so we can control the quality.
We use newest DTG Technology to print on to James Dean Speed Queen T-Shirt.

Pre-Shrunk 100% cotton, fully machine washable.

Washing Instructions:
– When washing your item, please turn the shirt inside out and wash on a COLD cycle.
– Do not use bleach or any fabric softener to help the overall life of your shirt.

SIZE CHART

PLEASE READ CAREFULLY THE SIZE CHARTS BELOW, IT'S REFER TO UNISEX SIZE CHARTS

Available size :
S, M, L, XL, 2XL

UNISEX T-SHIRT:
Measurement in inches :
S -Width = 18.9″, Length = 25.6″
M -Width = 19.7″, Length = 26.8″
L -Width = 20.4″, Length = 28.3″
XL -Width = 21.7″, Length = 28.7″
2XL-Width = 23.2″. Length = 29.0″

Note : Width = armpit to armpit

About DTG

Direct to garment printing, also known as DTG printing, digital direct to garment, digital apparel printing, and inkjet to garment printing,
is a process of printing on textiles and garments using specialized or modified inkjet technology.
The two key requirements of a DTG printer are a transport mechanism for the garment and specialty inks (inkjet textile inks) that are applied to the textile
directly and are absorbed by the fibers.

Most direct to garment printers are descendants of the desktop inkjet printer, therefore many DTG printers, such as the Spectra DTG, Anajet Sprint, and the BelQuette Mod1 utilize some parts from preexisting printers.
Some companies, such as BelQuette, DTG Digital, AnaJet, Oprintjet, Brother, MAPI Digital, Kornit and Mimaki have printers which utilize similar technology,
but are manufactured without the exact parts from any other brand machine.

Buy it now! because for this product we use Kornit for best result.

Digital printing technologies are non-contact, meaning that media is printed on without hand contact, allowing for a more precise image.
This prevents the image distortion that takes place in screen printing.

PLEASE CHECK OUR SHOP FOR MORE UP TO DATE FASHION SHIRTS & T SHIRTS!

Have a question about James Dean Speed Queen T-Shirt? Please feel free to contact us, thank you for visiting!

RELATED PRODUCTS






Sale!    Sale!    Sale!    Sale!

| T SHIRT | T SHIRT | T SHIRT | T SHIRT |
| Blood Luster Vampire t-shirt | School Sux T-shirt | Forget Me Not T-shirt | Stranger Things Logo T-shirt |
| $11.50 – $21.50 | $11.50 – $21.50 | $11.50 – $21.50 | $11.50 – $21.50 |

### PRODUCT CATEGORIES

T Shirt    ✕ ▾

### INFORMATIONS

About Us
Contact
Terms of service
Shipping Policy
Refund Policy
Privacy Policy
DMCA

### SATISFACTION GUARANTEE

We only accept payment through PayPal, a well-known, trusted, and secure way to make payments over the Internet.

Making a payment to us through PayPal is easy. You can use your existing PayPal account or pay by credit card even if you don't have a PayPal account. Find out more information by going to the PayPal web site at http://www.paypal.com.

When making a payment to us, you are temporarily transferred from our site to the secure PayPal server. No financial information, passwords, credit card numbers or personal information other than your name, email address, and shipping address is received by us.

Although PayPal is extremely secure, we are not responsible for protecting the information you share with them. You are encouraged to read the related PayPal policies carefully.

After completing your payment you are presented with a link which will allow you to return to our site, finalize or cancel the transaction, and view or download an invoice.

### TEENAMYCS

Jacksonville, FL 32225

United States

teenamycs@gmail.com

SEARCH PRODUCTS

Search...    🔍

Bring Me the Horizon Diamond Hand Tee
123 people seeing this product right now

VISA    MasterCard    PayPal    Skrill