Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK: Diahann Lewis    RPTR/ECRO/TAPE: Corinne Thomas

TOTAL TIME: 01 hours ___ minutes

DATE: 2/17/2023    START TIME: 11:08    END TIME: 12:08

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:21cv1678

Concannon                                        Austermuehle, Coyle
                                                 Plaintiff's Counsel
        vs
Lego                                             Bruneau, Alquist, Russo
                                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ..... #35 Motion to Dismiss - taken under advisement         ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion Decision will issue on whether Exhibit 1 will be   ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion considered                                  ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion If motion is denied, Rule 26f Report will be due.  ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____                                     ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐ .....      ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____                                           ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: