UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CONCANNON,<br><br>            Plaintiff,<br><br>   v.<br><br>LEGO Systems, Inc. and<br>LEGO System A/S,<br><br>            Defendants. | Civil Action No. 3:21-CV-1678 (OAW) |

**JOINT STATUS REPORT**

Pursuant to the Court's paperless Order dated October 3, 2024 [ECF No. 96], Plaintiff James Concannon ("Plaintiff") and Defendants LEGO Systems, Inc. and LEGO System A/S ("Defendants") (collectively, the "Parties") hereby submit this joint status report and state the following:

1. The Parties were able to meet the October 4, 2024 deadline for the completion of discovery.

2. There are no outstanding discovery disputes between the Parties.

3. Plaintiff is interested in referral to a United States Magistrate Judge for a settlement conference. Defendants are not interested in a referral to a United States Magistrate Judge for a settlement conference. Defendants will be moving for summary judgment.

4. Further, the Parties have met and conferred, and request an extension of the current November 8, 2024 deadline to submit motions for summary judgment (and all corresponding briefing deadlines pursuant to Local Rule 7(a)(2), (d)) according to the following proposed briefing schedule:

- Deadline to file motions for summary judgment: December 11, 2024

- Deadline to file responses to motions for summary judgment: January 10, 2025

- Deadline to file replies in support of motions for summary judgment: January 31, 2025

To accommodate this proposed briefing schedule, the Parties also seek an adjustment of the Trial Ready Date of March 3, 2025 to allow sufficient time for the Court to rule on motions for summary judgment and for the Parties to prepare for trial.

By: */s/ Andraya Pulaski Brunau*
Elizabeth A. Alquist (ct15643)
Andraya Pulaski Brunau (ct29715)
Emily M. Ferriter Russo (ct31354)
Caitlin M. Barrett (ct31379)
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-1212
Telephone:  (860) 275-0137
Facsimile:   (860) 881-2456
eaalquist@daypitney.com
abrunau@daypitney.com
eferriterrusso@daypitney.com
cbarrett@daypitney.com

*Attorneys for Defendants LEGO Systems, Inc. and LEGO System A/S*

*/s/ Christina Mastrucci Lehn*
Vivek Jayaram (*Pro Hac Vice*)
Christina Mastrucci Lehn (*Pro Hac Vice*)
Gabrielle Wilson (*Pro Hac Vice*)
Palak Patel (*Pro Hac Vice*)
JAYARAM PLLC
54 W. 21st Street, Suite 801
New York, NY 10010
Telephone: (312) 212-8676
vivek@jayaramlaw.com
christina@jayaramlaw.com
gabrielle@jayaramlaw.com
palak@jayaramlaw.com

Steven Coyle (CT 21039)
Nicholas Geiger (CT 28060)
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06013
T: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Plaintiff James Concannon*

3

## **CERTIFICATION**

      I hereby certify that on October 24, 2024, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Christina Mastrucci Lehn*
      Christina Mastrucci Lehn