# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CONCANNON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEGO Systems, Inc. and<br>LEGO System A/S,<br><br>　　　　　　Defendants. | Civil Action No. 3:21-CV-1678 (OAW)<br><br><br><br><br><br><br><br>January 31, 2025 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel respectfully moves this Court to withdraw the appearance of Gabrielle C. Wilson in the above-captioned matter as counsel of record for Plaintiff James Concannon (hereafter, "Plaintiff"), and in support thereof states:

1. On May 3, 2024, Gabrielle C. Wilson filed a Notice of Appearance on behalf of Plaintiff (D.I. 93).

2. Ms. Wilson is no longer employed by Jayaram PLLC.

3. The withdrawal of Ms. Wilson will not result in any delay as Plaintiff will continue to be represented by attorneys from Jayaram PLLC and Cantor Colburn LLP. Plaintiff has and will remain represented at all times.

4. Plaintiff has received actual notice and approves of this motion.

NOW THEREFORE, for the reasons cited above, the undersigned counsel respectfully requests that the Court withdraw the appearance of Gabrielle C. Wilson as counsel of record for Plaintiff.

Dated: March 4, 2025                    Respectfully submitted,

                                                                     */s/ Christina Mastrucci Lehn*
Vivek Jayaram (*pro hac vice*)
Christina Mastrucci Lehn (*pro hac vice*)
Gabrielle Wilson (*pro hac vice*)
Palak Patel (*pro hac vice*)
JAYARAM PLLC
54 W. 21st Street, Suite 801
New York, NY 10010
Telephone: (312) 212-8676
E-mail: vivek@jayaramlaw.com
E-mail: christina@jayaramlaw.com
E-mail: gabrielle@jayaramlaw.com
E-mail: palak@jayaramlaw.com

*Attorneys for Plaintiff James Concannon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2025, a true and correct copy of the foregoing document was served via the CM/ECF system on all counsel and parties of record.

*/s/ Christina Mastrucci Lehn*
Christina Mastrucci Lehn