UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CONCANNON,<br><br>                      Plaintiff,<br><br>    v.<br><br>LEGO Systems, Inc. and<br>LEGO System A/S,<br><br>                    <u>Defendants.</u> | Civil Action No. 3:21-CV-1678 (OAW)<br><br><br><br><br><br><br><br>July 30, 2025 |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

Pursuant to Local Rule 7(e) the undersigned counsel respectfully moves this Court to withdraw the appearance of Christina Mastrucci Lehn in the above-captioned matter as counsel of record for Plaintiff James Concannon, (hereafter, "Plaintiff"), and in support thereof states:

1. Ms. Mastrucci Lehn is no longer employed by Jayaram PLLC.

2. The withdrawal of Ms. Lehn will not result in any delay as Plaintiff will continue to be represented by attorneys from Jayaram PLLC. Plaintiff has and will remain represented at all times.

3. Plaintiff has received actual notice and approves of this motion.

NOW THEREFORE, for the reasons cited above, the undersigned counsel respectfully requests that the Court withdraw the appearance of Christina Mastrucci Lehn as counsel of record for Plaintiff.

Dated: July 30, 2025                            Respectfully Submitted,

Respectfully submitted,

                                                    <u>/s/ Christina Mastrucci Lehn</u>
                                                    Vivek Jayaram (*pro hac vice*)
                                                    Christina Mastrucci Lehn (*pro hac vice*)
                                                    Palak Patel (*pro hac vice*)
                                                    JAYARAM PLLC
                                                    54 W. 21st Street, Suite 801
                                                    New York, NY 10010
                                                    Telephone: (312) 212-8676
                                                    E-mail: vivek@jayaramlaw.com
                                                    E-mail: christina@jayaramlaw.com
                                                    E-mail: palak@jayaramlaw.com

                                                    *Attorneys for Plaintiff James Concannon*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on July 30, 2025, a true and correct copy of the foregoing document was served via CM/ECF on all parties and counsel of record.

                                        /s/ *Christina Mastrucci Lehn*
                                        Christina Mastrucci Lehn