**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES CONCANNON,<br><br>Plaintiff,<br><br>v.<br><br>LEGO Systems, Inc. and<br>LEGO System A/S,<br><br>Defendants. | Civil Action No. 3:21-CV-1678 (OAW)<br><br><br><br><br><br><br><br>October 29, 2026 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (ECF No. 159), Plaintiff James Concannon ("Plaintiff") and Defendants LEGO Systems, Inc. and LEGO System A/S ("Defendants") (collectively, the "Parties") hereby submit this joint status report and state the following:

1. The Parties have resumed settlement discussions. At this time, the Parties do not request a referral to a Magistrate Judge for a settlement conference. In the event the Parties determine a referral to a Magistrate Judge would be helpful, the Parties will submit a request to the Court.

2. Should the Parties be unable to resolve the case via mediation, the Parties anticipate a one-week trial on the following remaining claims: Direct Copyright Infringement (Count I), Contributory Copyright Infringement (Count II), Vicarious Copyright Infringement (Count III), and CUTPA (Count V), and Defendants' Affirmative Defenses, including implied license and fair use. The Parties propose the following trial schedule:

| **Date** | **Event** |
|---|---|
| March 1, 2027 | Joint Trial Memorandum |

| | |
|---|---|
| March 1, 2027 | Motions in Limine |
| March 8, 2027 | Oppositions to Motions in Limine |
| March 15, 2027 | Reply Briefs in Support of Motions in Limine |
| March 22, 2027 | Final Pretrial Conference |
| April 5, 2027, through April 9, 2027 | Jury Trial, which includes:<br>• 1 day jury selection<br>• 3 to 4 days of testimony |
| 30 days after jury verdict | Post-Trial Briefing |

Respectfully submitted,

By: *<u>/s/ Andraya Pulaski Brunau</u>*
Elizabeth A. Alquist (ct15643)
Andraya Pulaski Brunau (ct29715)
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-1212
Telephone: (860) 275-0137
Facsimile: (860) 881-2456
eaalquist@daypitney.com
abrunau@daypitney.com

Caitlin M. Barrett (ct31379)
Day Pitney LLP
One Stamford Plaza
263 Tresser Boulevard, 7th Floor
Stamford, CT 06901
Telephone: (203) 977-7306
Facsimile: (860) 218-9633
cbarrett@daypitney.com

*Attorneys for Defendants LEGO Systems, Inc. and LEGO System A/S*

*<u>/s/ Vivek Jayaram</u>*
Vivek Jayaram (*Pro Hac Vice*)
Palak Patel (*Pro Hac Vice*)
JAYARAM PLLC
54 W. 21st Street, Suite 801
New York, NY 10010
Telephone: (312) 212-8676
vivek@jayaramlaw.com
palak@jayaramlaw.com

Steven Coyle (CT 21039)
Nicholas Geiger (CT 28060)
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
T: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Plaintiff James Concannon*